Opinion filed June 20, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00156-CV

_____

## IN THE INTEREST OF L.A.P.S., AN EMANCIPATED CHILD

**On Appeal from the 118th District Court**
**Howard County, Texas**
**Trial Court Cause No. 35241**

### M E M O R A N D U M   O P I N I O N

Brumbach Pinkerton Stephens is the Appellant in this appeal. He has filed an unopposed motion to dismiss the appeal pursuant to Tex. R. App. P. 42.1(a)(1). In the motion, Appellant states that "[a]ll matters in controversy regarding the pending appeal and the underlying trial court litigation have been fully settled and compromised with a mutual release being entered by and between the parties to said litigation, making this appeal moot at this time." Appellant asks this court to dismiss the appeal. Therefore, in accordance with Appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

June 20, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.